IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ANDYEL GONZALEZ-SAEZ,<br>Defendant. | INDICTMENT<br><br>**FILED UNDER SEAL**<br><br>CRIMINAL NO. 24-440 (FAB)<br><br>**VIOLATIONS:**<br><br>Title 21, *United States Code*, Section 841(a)(1) & 841(b)(1)(C).<br>Title 18, *United States Code*, Section 924(c)(1)(A).<br>Title 18, *United States Code*, Section 924(c)(1)(A) & (B)(1)(ii).<br><br>**FORFEITURE**:<br>Title 18, *United States Code*, Section 924(d);<br>Title 21, *United States Code*, Section 853; and<br>Title 28, *United States Code*, Sections 2461(c).<br><br>(Three Counts and Two Forfeiture Allegations) |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>

**Possessing Cocaine with Intent to Distribute**
Title 21, *United States Code*, Section 841(a)(1) & (b)(1)(C) &
18 *United States Code*, Section 2

On or about 29 March 2024, in the District of Puerto Rico and within the jurisdiction of this Court,

**ANDYEL GONZALEZ-SAEZ**

the defendant herein, did aid and abet others in the knowing and intentional possession with intent to distribute of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance. All in violation of Title 21, *United States Code*, Section 841(a)(1) and (b)(1)(C) and Title 18 *United States Code*, Section 2.

## COUNT TWO
**Possessing Firearms in Furtherance of a Drug Trafficking Crime**
Title 18, *United States Code*, Section 924(c)(1)(A) &
18 *United States Code*, Section 2

On or about 29 March 2024, in the District of Puerto Rico and within the jurisdiction of this Court,

**ANDYEL GONZALEZ-SAEZ**

the defendant herein, did aid and abet others in the knowing and unlawful possession of firearms as defined in Title 18, *United States Code*, Section 921(a)(3), that is one (1) Draco, Caliber 7.62x39MM with Serial Number PMD-04392-17 RO; one (1) black rifle, Model CAR-AR, Caliber 223 5.56, with mutilated serial number; one (1) Model MDLN-PAP DF, caliber 7.62x39mm with Serial Number NPDF001328; and one (1) Draco Model, Caliber 7.62x93mm with Serial Number DC-9329-11RO, in furtherance a drug trafficking crime for which he may be prosecuted in a Court of the United States. All in violation of Title 18, *United States Code*, Section 924(c)(1)(A) and Title 18 *United States Code*, Section 2.

## COUNT THREE
**Possessing a Machinegun in Furtherance of a Drug Trafficking Crime
(Aid & Abet)**
Title 18, *United States Code*, Section 924(c)(1)(A) & (1)(B)(ii) &
18 *United States Code*, Section 2

On or about 29 March 2024, in the District of Puerto Rico and within the jurisdiction of this Court,

### ANDYEL GONZALEZ-SAEZ

the defendant herein, did aid and abet others in the knowing and unlawful possession of a machinegun, that is one (1) black rifle, Model CAR-AR, Caliber 223 5.56, with mutilated serial number, which is capable of automatically shooting, without manual reloading, more than one shot by a single function of the trigger; one (1) Model MDLN-PAP DF, caliber 7.62x39mm with Serial Number NPDF001328, which is capable of automatically shooting, without manual reloading, more than one shot by a single function of the trigger; and one (1) Draco Model, Caliber 7.62x93mm with Serial Number DC-9329-11RO, which is capable of automatically shooting, without manual reloading, more than one shot by a single function of the trigger, in furtherance a drug trafficking crime for which he may be prosecuted in a Court of the United States. All in violation of Title 18, *United States Code*, Section 924(c)(1)(A) and (1)(B)(ii) and Title 18 *United States Code*, Section 2.

## FIREARMS FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, *United States Code,* Section 924(d) and Title 28, *United States Code,* Section 2461(c).

Upon conviction of a firearm offense contained in this Indictment, the defendant, shall forfeit to the United States, pursuant to Title 18, *United States Code,* Section 924(d) and Title 28, *United States Code,* Section 2461(c), any firearm and ammunition involved in the commission of the offense including but not limited to one (1) Draco, Caliber 7.62x39MM with Serial Number PMD-04392-17 RO, one (1); one (1) black rifle, Model CAR-AR, Caliber 223 5.56, with mutilated serial number; one (1) Model MDLN-PAP DF, caliber 7.62x39mm with Serial Number NPDF001328; and one (1) Draco Model, Caliber 7.62x93mm with Serial Number DC-9329-11RO, along with the magazines and ammunition involved in the commission of the offense.

All pursuant to Title 18, *United States Code,* Section 924(d) and Title 28, *United States Code,* Section 2461(c).

## NARCOTICS FORFEITURE ALLEGATION
**Related to Drug distribution – proceeds and facilitating property**
(Title 21, *United States Code,* Section 853(p))

The Grand Jury further finds that:

1. The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, *United States Code,* Section 853.

United States of America v. Andyel Gonzalez-Saez
Indictment

2.      Pursuant to Title 21, *United States Code*, Section 853, upon conviction of an offense in violation of Title 21, *United States Code*, Section 841, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses.

3.      If any of the property described above, as a result of any act or omission of the defendants:

> a.  cannot be located upon the exercise of due diligence,
>
> b.  has been transferred or sold to, or deposited with, a third party,
>
> c.  has been placed beyond the jurisdiction of the court,
>
> d.  has been substantially diminished in value, or
>
> e.  has been commingled with other property which cannot be divided without difficulty,

United States of America v. Andyel Gonzalez-Saez
Indictment

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, *United States Code,* Section 853(p).

TRUE BILL

**FOREPERSON**
Date: November 13-2024

W. STEPHEN MULDROW
United States Attorney

_____
Alberto R. Lopez Rocafort
Assistant United States Attorney
Chief, Gang Section

_____
for Joseph Russell
Assistant U.S. Attorney
Gang Section